COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER ON MOTION FOR RECONSIDERATION EN BANC

Appellate case name:        *Marc Staff **v.** Colorado County, Texas Sheriff R. H. "Curly" Wied, in his official & individual capacity*

Appellate case number:     01-14-00323-CV

Trial court case number:    23,211

Trial court:                        2nd 25th District Court of Colorado County

Date motion filed:             September 3, 2015

Party filing motion:          Appellee

     It is ordered that the motion for reconsideration en banc is ☒ **DENIED** ☐ **GRANTED.**

Judge's signature: /s/ <u>Evelyn V. Keyes</u>
                 ☐ Acting Individually ☒ Acting for the Court

En Banc Court consists of: Chief Justice Radack and Justices Jennings, Keyes, Higley, Bland, Massengale, Brown, Huddle, and Lloyd


Date: <u>October 15, 2015</u>